IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00033-MR-DLH

JENNIFER PINKHAM and ROGER )
PINKHAM, )
                                                                    )
                Plaintiffs, )
                                                                    )
vs. )
                                                                  )
BANK OF AMERICA, N.A., )
                                                                  )
                Defendant. )
_____)

## J U D G M E N T

**FOR THE REASONS STATED** in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED**.

Martin Reidinger
United States District Judge